

R. WILLIAM HUYE III

www.mma-pllc.com
william@mma-pllc.com
504.962.8592

March 17, 2023

<u>*Via Email Only* – RLB_Com@lamd.uscourts.gov</u>
Honorable Richard L. Bourgeois, Jr.
United State District Court
Middle District for Louisiana
777 Florida Street, Suite 278
Baton Rouge, LA 70801

      **RE:**    *Hoover v. National General Insurance Company*
               **Docket No. 22-1009-JWD-RLB**

Dear Honorable Judge Bourgeois:

    In acccordance with this Court's March 9, 2023 Order [R. Doc. 11], attached is a spreadsheet containing a complete listing of the full names, addresses, and contact information (including, if available, telephone number(s) and email addresses) of all clients of McClenny Moseley and Associates that have pending litigation in the Middle District of Louisiana, regardless of the nature of the claim or whether the claims arise from damages caused by a hurricane or any other natural cause.

    Please accept this as compliance with your Order dated March 9, 2023 [R. Doc. 11].

    With kind personal regards, I remain.

                              Sincerely Yours,

                              R. William Huye, III

WH/kso
Enclosure



**Principal Office:** 1415 Louisiana Street - Suite 2900 - Houston, Texas - 77002
**Louisiana:** 1820 St. Charles Avenue - Suite 110 - New Orleans, Louisiana - 70130